1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN DUKES,

11              Plaintiff,                    No. 2:09-cv-2294-JFM (PC)

12        vs.

13   CAPTAIN D. MANTEL, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed a civil action on the form for

17   filing a petition for writ of habeas corpus in a California state court.  Upon review of the petition,

18   the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has

19   neither paid the filing fee of $350.00 for a civil rights action nor filed an application to proceed in

20   forma pauperis pursuant to 28 U.S.C. § 1915.

21        The federal venue statute requires that a civil action, other than one based on

22   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

23   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

24   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

25   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

26   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

1          Plaintiff's claims concern the conditions of his confinement at Salinas Valley

2  State Prison in Monterey County, which is in the Northern District of California.  Although it is

3  not entirely clear, it appears that none of the defendants reside in this district.  As noted above,

4  the claims arose in Monterey County, which is in the Northern District of California.  Therefore,

5  plaintiff's claim should have been filed in the United States District Court for the Northern

6  District of California.  In the interest of justice, a federal court may transfer a complaint filed in

7  the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d

8  918, 932 (D.C. Cir. 1974).

9          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

10  United States District Court for the Northern District of California.

11  DATED: October 8, 2009.

12

13

14                           UNITED STATES MAGISTRATE JUDGE

15  12

16  duke2294.22

17

18

19

20

21

22

23

24

25

26